# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK JOSEPH CHAREST, #182262,** | : |
| Plaintiff, | : |
| | : |
| vs. | : CIVIL ACTION 1:18-00297-KD-N |
| | : |
| **STATE OF ALABAMA,** *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 22, 2018, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this the **10th** day of **September 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**